Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Alfonso MINJARES-ESTRADA |
| **Docket Number:** | 1:04CR05062-01 |
| **Offender Address:** | Ceres, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 01/19/2000 |
| **Original Offense:** | 21 USC 952 and 960 - Importation of Cocaine<br>(CLASS A FELONY) |
| **Original Sentence:** | 70 months custody of Bureau of Prisons; 5 year term of supervised release; $100 special assessment. |
| **Special Conditions:** | Not possess firearms, explosive devices or any other dangerous weapons; Submit to Search; Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/17/2003 |
| **Assistant U.S. Attorney:** | To be assigned   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | To be assigned   **Telephone:** (559) 487-5561 |

RE:   Alfonso MINJARES-ESTRADA
      Docket Number: 1:04CR05062-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**02/23/2004:**   Transfer of jurisdiction from the Southern District of California to the Eastern District of California.

**10/06/2004:**   'Petition to Modify the Conditions or Terms of Supervision With Consent of the Offender' filed with the Court requesting the offender complete 50 hours of community service and totally abstain from the use of alcohol. Court concurs with the probation officer's recommendation.

**11/01/2006:**   Form 12A1 Petition submitted and approved by the Court this date, noticing the Court of the offender's violation conduct for submitting a urine sample that was returned positive for Cocaine, and failing to appear for random urine testing. The Court took judicial notice of the noted violation conduct and approved the probation officer's plan, and ordered no further action be taken at this time.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

**The defendant shall comply with the conditions of home detention for a period of 120 days to commence when directed by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.**

**At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.**

RE:   Alfonso MINJARES-ESTRADA
      Docket Number: 1:04CR05062-01
      **PETITION TO MODIFY THE CONDITIONS OR TERM
      OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Justification:**   On October 10, 2007, the offender turned himself in to the San Joaquin County Jail to begin a 300-day custodial sentence, following his conviction in San Joaquin County Superior Court, Docket Number SF103341A, for a violation of section 23152(b) of the California Vehicle Code, Driving Under the Influence of Alcohol with a Blood Alcohol Content of .08 or above, a felony.  He also admitted a violation of section 23550 of the California Vehicle Code, within the last ten years of the commission of the above offense, said defendant was duly convicted of three priors.  As a result of his state conviction, in addition to the 300-day jail sentence, the offender was placed on 5 years formal probation, is to enroll in the County approved HOP alcohol program, and pay a $2,323.00 fine.

The offender was released from state custody on January 11, 2008.  18 USC 3624(e) states that a term of supervised release does not run if the offender is in custody on another offense for more than thirty consecutive days. The offender was in state custody for a total of 94 days and was not available for supervision.  The offender's original expiration date on supervision was July 16, 2008.  Adding 94 days to the original expiration date reestablished a new supervised release expiration date of October 18, 2008.

The matter was discussed at length with the offender.  After being advised of his right to a hearing and assistance of counsel before any unfavorable change to his conditions of Supervised Release, the offender signed a Probation Form 49 Waiver of Hearing to Modify Conditions of his Supervised Release to add the special condition that he comply with the conditions of home detention for a period of 120 days to commence when directed by the probation officer.   The probation officer is requesting the Court take judicial notice of the above-noted conviction and approve the modification requested by the Probation Officer.

                          Respectfully submitted,
                           /s/ Sandra K. Dash
                          **SANDRA K. DASH**
                          **United States Probation Officer**
                           Telephone: (209) 549-2817

**DATED:**     May 1, 2008

RE:     Alfonso MINJARES-ESTRADA
        Docket Number: 1:04CR05062-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

       Modesto, California
       SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time. Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   May 2, 2008**                         /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE